

| AO 10 | FINANCIAL DISCLOSURE REPORT | *Report Required by the Ethics* |
|---|---|---|
| Rev. 1/2007 | FOR CALENDAR YEAR 2006 | *in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ellis, III, Thomas S | U.S. District Court, E.D. Va. | 05/22/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final | 01/01/2006<br>to<br>12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 401 Courthouse Square<br>9th Floor<br>Alexandria, VA 22314-5799 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member | Dean's Intellectual Property Law Advisory Board, George Washington University |
| 2. | Member | Judicial Conference Advisory Committee on Appellate Rules |
| 3. | Judicial Member | Judicial Advisory Council on International Family Abduction |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

2007 MAY 31 A 11:11 RECEIVED FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Consumer Electronics Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ABA Intellectual Property Law Section | Intellectual Property Program (Speaker) - Washington, D.C. - April 2006 - travel |
| 2. | Colorado Bar Association | Intellectual Property Program (Speaker) - Denver, CO - May 2006 - food/lodging/travel |
| 3. | ALI-ABA | Employment Law Program (Speaker) - Santa Fe, NM - July 2006 - food/lodging/travel |
| 4. | Sedona Conference | Patent Litigation Program (Speaker) - Sedona, AZ - October 2006 - food/lodging/travel |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S | 05/22/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S | 05/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sensor | | None | J | T | | | | | |
| 2. Burke & Herbert Bank & Trust Co Accounts | C | Interest | M | T | | | | | |
| 3. Burke & Herbert Bank & Trust Co (IRA #1) | A | Interest | J | T | | | | | |
| 4. IRA #2: | | | | | | | | | |
| 5. Calamos Growth Fd A | | None | | | sell | 9/29 | K | B | |
| 6. Causeway Intl Value Fund Ins Shs | | None | | | sell | 9/29 | L | D | |
| 7. Century Small Cap Select Fd Instl | A | Dividend | | | sell | 10/16 | K | B | |
| 8. Cambiar Opportunity Fd | | None | | | sell | 9/29 | L | D | |
| 9. FMI Fds Focus Fd | | None | | | sell | 9/29 | K | A | |
| 10. Goldman Sachs Tr Finl Sq Mmkt 1 | A | Dividend | J | T | | | | | |
| 11. Hotchkiss & Wiley Mid Cap Value I | | None | | | sell | 9/29 | K | C | |
| 12. Julius Baer Intl Equity I | | None | | | sell | 9/29 | L | E | |
| 13. Kinetics Sm Cap Opportunities I | | None | | | sell | 9/29 | K | D | |
| 14. Legg Mason Value Trust | | None | | | sell | 9/29 | L | C | |
| 15. Royce Total Return Fd CLW | | None | | | sell | 9/29 | K | B | |
| 16. TCW Galileo Fds Select Eq I | | None | | | sell | 9/29 | L | B | |
| 17. TCW Galileo Fds Value Opp I | | None | | | sell | 9/29 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S | 05/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Windsor Fd II | | None | | | sell | 6/21 | L | C | |
| 19. Merrill Lynch Large | B | Dividend | K | T | buy | 6/22 | K | | |
| 20. Merrill Lynch Large | B | Dividend | | | sell | 9/29 | K | B | |
| 21. Alger Sm Cap | | None | J | T | buy | 10/17 | J | | |
| 22. Black Rock | A | Dividend | K | T | buy | 6/22 | J | | |
| 23. Calamos | A | Dividend | J | T | buy | 11/17 | J | | |
| 24. Cambiar | A | Dividend | K | T | buy | 12/19 | K | | |
| 25. DWS Dreman | A | Dividend | J | T | buy | 10/17 | J | | |
| 26. FMI Focus | B | Dividend | J | T | buy | 10/30 | J | | |
| 27. Julius Baer | C | Dividend | K | T | buy | 12/29 | J | | |
| 28. Kinetics Paradigm | A | Dividend | K | T | buy | 6/22 | J | | |
| 29. 401(k): | | | | | | | | | |
| 30. Spartan U.S. Eq Index | A | Dividend | | | sell | 10/11 | K | A | |
| 31. Fidelity Freedom 2020 | B | Dividend | | | sell | 10/11 | L | B | |
| 32. Fidelity Invst Gr Bd | A | Dividend | | | sell | 10/11 | J | A | |
| 33. IRA #3: | | | | | | | | | |
| 34. Baron Select Partners | A | Dividend | J | T | buy | 10/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S | 05/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Blackrock Large Cap Val A | A | Dividend | J | T | buy | 10/24 | J | | |
| 36. Bridgeway Ultra-Small Co | A | Dividend | J | T | buy | 10/24 | J | | |
| 37. Constell Sands Cap Inst | | None | J | T | buy | 10/24 | J | | |
| 38. Diamond Hill Sm Cap FD-A | A | Dividend | J | T | buy | 10/24 | J | | |
| 39. Dodge & Cox Int'l Stck Fd | | None | J | T | buy | 10/24 | J | | |
| 40. Hotchkiss & Wiley Cor Val I | | None | J | T | buy | 10/24 | J | | |
| 41. Janus Md Cap Val Fd Inst | A | Dividend | J | T | buy | 10/24 | J | | |
| 42. Julius Baer Intnl Equ II | A | Dividend | J | T | buy | 10/24 | J | | |
| 43. Kinetics S/C Opp Instl | A | Dividend | J | T | buy | 10/24 | J | | |
| 44. Munder M/C Core Growth Y | | None | J | T | buy | 10/24 | J | | |
| 45. NUVN Trdwnds Int'l Val R | A | Dividend | J | T | buy | 10/24 | J | | |
| 46. Natnwde Mut S/C FD CL A | | None | J | T | buy | 10/24 | J | | |
| 47. Pioneer Cullen Value - Y | A | Dividend | J | T | buy | 10/24 | J | | |
| 48. Sunamer Foc SC Grth CL A | A | Dividend | J | T | buy | 10/24 | J | | |
| 49. Crm Mid Cap Value Instl | A | Dividend | J | T | buy | 10/24 | J | | |
| 50. Wells Fargo Adv End SL-I | A | Dividend | J | T | buy | 10/24 | J | | |
| 51. GS Finl Sq Mmkt Instl | A | Dividend | J | T | buy | 10/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In Part VII, Page 2, line 29:  This 401(k) was rolled over into and became new IRA #3 during October of 2006

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S | 05/22/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date____5/22/07_____

NOTE: ANY INDIVIDUA̶ ̶ ̶ ̶WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTI̶

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544